UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN TOLIVER, ET AL. | : | LEAD CONSOLIDATED CASE NO. |
| | : | 3:16-cv-1899-SRU |
| v. | : | |
| SCOTT SEMPLE, ET AL. | : | |
| | : | JULY 24, 2019 |

## MOTION FOR PRELIMINARY INJUNCTION

Consolidated Plaintiffs in the above-captioned action, by and through their undersigned counsel, respectfully move this Court for a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and 18 U.S.C. § 3626, enjoining the Defendants to immediately take steps to provide bottled drinking water to inmates of the Osborn Correctional Institution ("Osborn"). Pursuant to L. Civ. R. 7(a), Plaintiffs submit herewith a Memorandum of Law, along with the Declaration of Lorey Rives Leddy, in Support of Motion for Preliminary Injunction.

As set forth in the Memorandum of Law, the Second Amended Consolidated Complaint includes allegations that the water provided to the inmates at Osborn is not drinkable and is contaminated, causing serious illness among the inmates, including some of the named Plaintiffs. More particularly, as alleged in the Complaint, numerous prisoners have been infected with bacteria known as helicobacter pylori ("H. pylori"), which is typically water-borne and caused by sewage entering the water supply. Many of those inmates have submitted affidavits and letters, appended as exhibits to the Memorandum of Law, confirming their diagnoses with infection by H. pylori bacteria. In addition, dozens of other inmates have submitted affidavits and letters regarding their

**ORAL ARGUMENT REQUESTED**
**TESTIMONY MAY BE REQUIRED**

efforts to seek medical treatment for digestive related issues that they attribute to the condition of the water.  As further alleged in the Complaint, the foul condition of the water is well-known to administrators and staff at Osborn, all of whom bring bottled water to the facility, and therapy dogs brought to Osborn are provided with bottled or filtered water.

Because the Plaintiffs can demonstrate (i) that they are likely to succeed on the merits of their claim in the Complaint that the drinking water served to inmates at Osborn is likely causing serious illnesses among the inmates, including infection with H. pylori bacteria, in violation of the Eighth Amendment of the United States Constitution, (ii) that a substantial threat of irreparable injury exists to both the Plaintiffs and other inmates of Osborn if the injunction is not issued, including the inmates' continued exposure to the additional risk of long-term illnesses associated with H. pylori infection, including cancer of the stomach lining, and (iii) that the threatened injury to the inmates outweighs any harm that would result in the event the injunction, a preliminary injunction should issue forthwith.  At least until proper testing can be conducted by a neutral party to determine the nature and extent of the contamination of the drinking water, and/or until proper remedial actions can be taken to rectify any contamination in the drinking water, a Court order requiring that inmates be provided with bottled drinking water is narrowly tailored relief and is not likely to have an adverse impact on public safety or the operation of a criminal justice system.

WHEREFORE, the Consolidated Plaintiffs respectfully requests that this Court issue a preliminary injunction that Defendants forthwith provide inmates with bottled drinking water, and grant such other and further relief as the Court deems just and proper.

Dated:       July 24, 2019
             Stamford, Connecticut            PLAINTIFFS SEAN TOLIVER, JAMES BABULSKY, JEREMY LOUIS BARNEY, WILLIAM BOO, KENNETH CARTER, LUIS CLAUDIO, COURTNEY GREEN, ANTHONY R. JOHNSON, ROGER JOHNSON, RANDAL LICARI, JOHN F. MOORE, TIMOTHY MONROE, JOSE PESANTE, JOSE RIVERA, MARCOS RIVERA, HAROLD ROGERS, OSBERT TEEKASINGH, ANTHONY C. WADE, SR., ZION T. WEBB and TYSHUN WILLLIAMS,

By: ___/s/ Lorey Rives Leddy_____
David P. Friedman (ct# 03558)
Lorey Rives Leddy (ct# 19297)
MURTHA CULLINA LLP
177 Broad Street, 16th Floor
Stamford, CT 06901
Tel: (203) 653-5400
Fax: (203) 653-5444
dfriedman@murthalaw.com
lleddy@murthalaw.com

*Their Attorneys*

## **CERTIFICATE OF SERVICE**

This is to certify that on July 24, 2019, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Carmel A. Motherway, Esq.
Steven Barry, Esq.
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

                                               /s/ *Lorey Rives Leddy*
                                               Lorey Rives Leddy (ct#19297)

8932059v1